Kristin Day - SBN: 269679
1911 Douglas Blvd, Ste85-PMB245
Roseville, CA 95661
Ph: 916-784-7888
E-mail: kricrone@gmail.com

Attorney for Daniel T Marks and Norma A Marks

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 13-43929 |
|---|---|
| DANIEL T MARKS<br>NORMA A MARKS | Hon. M. Elaine Hammond |
| , debtor | DCN: QDL-02 |

## EX PARTE MOTION TO CONVERT CASE

Kristin Day, attorney for and on behalf of the Debtors herein, hereby moves this Court for an Order Converting Case to Chapter 7. This motion is based on the following facts:

1. This case was commenced by the filing of a voluntary petition on July 10, 2013 and Martha G. Bronitsky has been duly appointed to serve as Trustee.

2. The financial and/or legal situation of the Debtors has unexpectedly changed and the Debtors now desire to convert to Chapter 7.

3. The Debtors are eligible and qualified to be Debtors under the provisions of Chapter 7.

4. Pursuant to 11 US Codes §1307(a), the Debtors may convert this case to Chapter 7.

Wherefore the Debtors now move the Court to Order the Conversion of this case to a case under Chapter 7.

Respectfully submitted on October 17, 2013.

/s/ *Kristin Day*
Kristin Day
1911 Douglas Blvd, Ste85-PMB245
Roseville, CA 95661