TRACY HOPE DAVIS
U.S. Trustee for Region 17
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Email: Maggie.McGee@usdoj.gov
Telephone: (510) 637-3200
By: BARBARA A. MATTHEWS (SBN 195084)
 Assistant U.S. Trustee
 MARGARET H. MCGEE (SBN 142722)
 Trial Attorney

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 13-43929 MEH |
| | Chapter 7 |
| DANIEL T. MARKS AND NORMA A. MARKS, | Date: April 24, 2014 |
| | Time: 10:30 a.m. |
| | Place: Room , 13001 Clay Str., |
| Debtors. | Oakland, CA 94612 |

**MOTION BY UNITED STATES TRUSTEE**
**TO DISMISS CASE FOR ABUSE UNDER 11 U.S.C. § 707(b)(3)**

Tracy Hope Davis, the United States Trustee for Region 17 ("U.S. Trustee") requests that the Court dismiss this case pursuant to 11 U.S.C. § 707(b)(3) based upon bad faith and the totality of the circumstances.

The Motion is supported by the Memorandum of Points and Authorities filed contemporaneously. The U.S. Trustee further requests this Court take judicial notice of the petition, schedules, statement of financial affairs and means test filed with the Court and other Court records.

///

13-43929, Motion to Dismiss - 1

WHEREFORE, the U.S. Trustee request that the Court dismiss this case pursuant to 11 U.S.C. §707(b)(3) and provide such other and further relief as the Court deems just and proper.

Date: March 12, 2014

                                          TRACY HOPE DAVIS
                                          UNITED STATE TRUSTEE

                                          */s/Margaret H. McGee*      /
                                            MARGARET H. MCGEE
                                            Trial Attorney
                                            Office of the U.S. Trustee, Oakland Division